JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS THOMPSON, et al., <br>     Plaintiffs, <br> vs. <br> TRANSAMERICA LIFE INSURANCE COMPANY, <br>     Defendant. | Case No. 2:16-cv-03361-CAS-AJW <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING VOLUNTARILY DISMISSAL WITHOUT PREJUDICE <br><br> Courtroom: 5 – 2nd floor <br> Judge: Hon. Christina A. Snyder |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the stipulation of the parties, and for good causing showing, the above-styled action is voluntarily dismissed without prejudice and will not affect or adjudicate the Thompson Plaintiffs' rights in the related *Feller* action (Case No. 2:16-cv-01378-CAS-AJW).

DATED: July 14, 2016

*/s/ Christina A. Snyder*

The Honorable Christina S. Snyder
United States District Court Judge

---

1      Case No. 16-CV-03361-CAS-AJW
(PROPOSED) ORDER GRANTING VOLUNTARILY DISMISSAL WITHOUT PREJUDICE